UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALFONSO BISCARDI,**

       **Plaintiff,**

v.	Case No:  6:14-cv-1632-Orl-41KRS

**FLORIDA SPORT & RECREATION NETWORK, L.L.C., RSI HOLDINGS, LLC and FLORIDA BEACHES DESTINATION CLUB, LLC,**

       **Defendants.**

                                          /

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. 22). United States Magistrate Judge Karla Spaulding submitted a Report and Recommendation, recommending that the motion be granted. (Doc. 23). The parties have not filed any objections to the Report and Recommendation and the time to do so has passed.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. 22) is **GRANTED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2015.



Copies furnished to:

Counsel of Record